FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 30 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Jimenez DEFENDANT(S). | CASE NUMBER SA11-601M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Thursday, 12/1/11___, at ___1:45___ ☐ a.m./☒ p.m. before the Honorable ___Robert N Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: ___11/30/11___

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge